**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

*Jeffery P. Hopkins*
Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: August 21, 2009**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

   BRENDA BROOKS                                    CASE NO. 08-10458
   1238 WAYCROSS ROAD                       (CHAPTER 13)
   CINCINNATI, OH  45240                   JEFFERY P. HOPKINS

   a/k/a
   FKA BRENDA LEWIS
         Debtor
   SSN(1) XXX-XX-0628

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

ORDER OF DISMISSAL OF DEBT ADJUSTMENT PLAN
— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

    This matter is before the Court pursuant to the Chapter 13 Trustee's Motion to Dismiss for FAILURE to make plan payments.

    IT IS ORDERED that the Chapter 13 petition and plan of the Debtor be dismissed.

    IT IS FURTHER ORDERED that the creditors listed on the schedules of the Debtor be notified of the dismissal and that the Trustee pay out any funds in her possession to the Debtor's estate in care of Debtor's Counsel minus administrative costs.

COPIES TO:

BRENDA BROOKS                                          , Debtor
1238 WAYCROSS ROAD
CINCINNATI, OH  45240

ROBERT R. JONES, ESQ.                                  , Attorney for Debtor
1900 KROGER BUILDING
1014 VINE STREET
CINCINNATI, OH  45202

MARGARET A BURKS, TRUSTEE                              , Chapter 13 Trustee
CHAPTER 13 TRUSTEE
600 VINE, SUITE 2200
CINCINNATI, OH  45202

U.S. TRUSTEE                                           , United States Trustee
36 EAST 7TH ST.
SUITE 2030
CINCINNATI, OH  45202

ALL CREDITORS

# # #